**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

McCOURT MANUFACTURING, INC.,
an Arkansas corporation                                    PLAINTIFF

       v.       Civil No. 05-2161

LIFETIME PRODUCTS, INC.,
a Utah corporation                                         DEFENDANT

**O R D E R**

Now on this 19th day of April, 2006, comes on for consideration the parties' **Stipulation To Entry Of Order Of Compromise And Dismissal With Prejudice** (document #43), and the Court, being well and sufficiently advised, finds that all matters, issues and controversies by and between the parties have been compromised and settled out of court, and that this matter should be, and same hereby is, **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE